UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENDA THOMAS,

    Plaintiff,

v.                                                                            Case No. 3:15cv133-MCR-CJK

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On September 28, 2016, the court entered an order remanding this Social Security case to the Commissioner for further proceedings. (Doc. 22). Plaintiff's counsel now seeks attorney's fees of $4,514.50 under the Equal Access to Justice Act ("EAJA"). (Doc. 24); 28 U.S.C. § 2412(d). The Commissioner does not object to the requested fees. In light of the Commissioner's agreement, an award of attorney's fees is justified under the EAJA.

Accordingly, it is respectfully RECOMMENDED:

That the application for attorney's fees under the Equal Access to Justice Act (doc. 24) be GRANTED in the amount of $4,514.50, to be paid by defendant Commissioner within a reasonable time. That the Commissioner send payment to plaintiff's counsel's office address. That the Commissioner follow *Astrue v. Ratliff*,

560 U.S. 586 (2010), but make prompt payment of the amount due if no outstanding federal debt is shown.

At Pensacola, Florida, this 6th day of January, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.