UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENDA THOMAS,

    Plaintiff,

v.                                  Case No. 3:15cv133-MCR-CJK

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 6, 2017. ECF No. 25. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The application for attorney's fees under the Equal Access to Justice Act (doc. 24) is **GRANTED** in the amount of $4,514.50, to be paid by defendant Commissioner within a reasonable time of this order. The Commissioner shall send payment to plaintiff's counsel's office address. The Commissioner will follow *Astrue v. Ratliff*, 560 U.S. 586 (2010), but must make prompt payment of the amount due if no outstanding federal debt is shown.

**DONE AND ORDERED** this 7th day of February, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**